**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

IN RE:
Linda Mack Myers Doctor
aka Linda Mack
aka Linda Thomas
aka Linda Doctor
6003 N. Old Georgetown Road
Cowards, SC 29530

Last four digits of social security #: 2447
Last four digits of social security #:

Debtors.

CASE NO: **21-02315aka-dd**

CHAPTER 13

## NOTICE OF CONFIRMATION HEARING

The debtor(s) in the above captioned case filed a chapter 13 plan on December 1, 2021. The plan is attached, or will be separately mailed to you by the debtor(s).

Your rights may be affected by the plan. **You should read the plan carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

Any objection to confirmation of the chapter 13 plan must be filed with the Court at 1100 Laurel Street, Columbia, SC 29201-2423 and served on the chapter 13 trustee, the debtors(s), and any attorney for the debtor(s) at least seven days prior to the confirmation hearing. Objections to confirmation may be overruled if the objecting party fails to appear and prosecute the objection. If no objection is timely filed, the plan may be confirmed on recommendation of the trustee.

The confirmation hearing will be held on January 24, 2022 at 10:30 AM, Location: J. Bratton Davis United States Bankruptcy Courthouse, 1100 Laurel Street, Columbia, South Carolina, 29201.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the plan and may enter an order confirming the plan.

Date:   December 1, 2021

/s/ Thomas M. Fryar
Thomas M. Fryar
District Court I.D. # 4439
Attorneys for the Debtor
PO Box 8574
Columbia, SC 29202
803-779-5365
firmd@bellsouth.net

IN RE:
Linda Mack Myers Doctor
aka Linda Mack
aka Linda Thomas
aka Linda Doctor
6003 N. Old Georgetown Road
Cowards, SC 29530

Last four digits of social security #: 2447
Last four digits of social security #:

                Debtors.

CASE NO: **21-02315aka-dd**

CHAPTER 13

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing Notice of Confirmation Hearing by US mail on all creditors and/or parties in interest, listed on the attached mailing matrix/list, on the date listed below.

Date:  December 1, 2021

/s/ Thomas M. Fryar
Thomas M. Fryar
District Court I.D. # 4439
Attorneys for the Debtor
PO Box 8574
Columbia, SC 29202
803-779-5365
firmd@bellsouth.net

```
Label Matrix for local noticing        ACS PRIMARY CARE PHYSICIANS SC      ADVANCED CARDIOLOGY CONSULTANTS
0420-3                                 PO BOX 1123                         C/O FRANKLIN CONSULTANTS
Case 21-02315-dd                       Minneapolis MN 55440-1123           PO BOX 3910
District of South Carolina                                                 Tupelo MS 38803-3910
Columbia
Wed Dec  1 13:56:48 EST 2021

ATTORNEY GENERAL OF THE UNITED STATES  (p)AUTOMONEY INC                   Advanced Cardiology Consultants
PO BOX 14198                           ATTN ABIGAIL SCUDDER DUFFY          c/o Franklin Collection Service
BEN FRANKLIN STATION                   450 MEETING ST                     Po Box 3910
Washington DC 20044-4198               CHARLESTON SC 29403-5522            Tupelo, MS 38803-3910


BIG A AUTO SALES                       BLI                                 BLI RENTALS, LLC
1216 N CASUA DRIVE                     PO BOX 992                          PO BOX 992
Florence SC 29501-6938                 Emporia KS 66801-0992               Emporia KS 66801-0992


CAROLINAS HOSPITAH SYSTEEM             DAVID C. GAFFNEY                    EAST CAOST FINANCIAL
PO BOX 188                             GAFFNEY LAW FIRM, P.A.              10632 N SCOTTSDALE ROAD, STE B-466
Brentwood TN 37024-0188                PO BOX 3966                         Scottsdale AZ 85254-6164
                                       West Columbia SC 29171-3966


EQST COQST FINANCIAL, LLC              (p)FARMERS FURNITURE                FCI
C/O FCI LENDER SERVICES, LLC           ATTN CORPORATE CREDIT DEPT          PO BOX 27370
P.O. BOX 27370                         PO BOX 1140                         Anaheim CA 92809-0112
Anaheim CA 92809-0112                  DUBLIN GA 31040-1140


FIRST CREDIT                           FIRST CREDIT                        FLORENCE COUNTY CLERK OF COURT
1114 WEST EVANS STREET                 518 E MAIN STREET                   180 N IRBY STREET
Florence SC 29501-3320                 Kingstree SC 29556-3517             Florence SC 29501-3456


FLORENCE COUNTY TREASURER              Thomas M. Fryar                     INTERNAL REVENUE SERVICE
PO BOX 100501                          Drose Law Firm                      CENTRALIZED INSOLVENCY
Florence SC 29502-0501                 PO Box 8574                         OPERATION
                                       Columbia, SC 29202-8574             PO BOX 7346
                                                                           Philadelphia PA 19101-7346


(p)INTERNAL REVENUE SERVICE            J PAMELA PRICE                      JANUARY N. TAYLOR
CENTRALIZED INSOLVENCY OPERATIONS      MCMICHAEL TAYLOR GRAY LLC           MCMICHAEL TAYLOR GRAY, LLC
PO BOX 7346                            709 A DEVONSHIRE DRIVE              5555 GLENRIDGE CONNECTOR
PHILADELPHIA PA 19101-7346             Columbia SC 29204                   SUITE 200
                                                                           Atlanta GA 30342-4815


(p)JEFFERSON CAPITAL SYSTEMS LLC       LUMBEE HOMES                        (p)MERCHANTS ADJUSTMENT SERVICE INC
PO BOX 7999                            PO BOX 5898                         ATTN ATTN SHERI
SAINT CLOUD MN 56302-7999              Florence SC 29502-5898              PO BOX 7511
                                                                           MOBILE AL 36670-0511


MOSS & ASSOCIATES                      Linda Mack Myers Doctor             NPRTO South-East, LLC
816 ELMWOOD AVENUE                     6003 North Old Georgetown Road      256 West Data Drive
Columbia SC 29201-2027                 Coward, SC 29530                    Draper, UT 84020-2315
```

PALISADES COLLECTIONS
PO BOX 40728
Houston TX 77240-0728

PEE DEE MEDICAL COLLECTION
PO BOX 1597
Florence SC 29503-1597

PEE DEE MEDICAL COLLECTIONS
PO BOX 1597
Florence SC 29503-1597

PERITUS PORTFOLIO SERVICES
PO BOX 141149
Irving TX 75014-1149

J Pamela Price
McMichael Taylor Gray, LLC
1709A Devonshire Drive
Columbia, SC 29204

REGIONAL MANAGEMENT CORPORATION
PO BOX 776
Mauldin SC 29662-0776

RESURGENT CAPITAL
PO BOX 10587
Greenville SC 29603-0587

RILEY, POPE, & LANEY, LLC
PO BOX 11412
Columbia SC 29211-1412

(p)SOUTH CAROLINA DEPARTMENT OF REVENUE
OFFICE OF THE GENERAL COUNSEL - BANKRUPTCY SE
300A OUTLET POINTE BLVD
COLUMBIA SC 29210-5666

Pamela Simmons-Beasley
250 Berryhill Road
Suite 402
Columbia, SC 29210-6466

T MOBILE/T-MOBILE USA INC
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 248848
Oklahoma City OK 73124-8848

TMOBILE
PO BOX 248848
Oklahoma City OK 73124-8848

US Trustee's Office
Strom Thurmond Federal Building
1835 Assembly Street
Suite 953
Columbia, SC 29201-2448

UNITED STATES ATTORNEY FOR THE
DISTRICT OF SOUTH CAROLINA
1441 MAIN STREET
SUITE 500
Columbia SC 29201-2897

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX 77210-4457

WESTLAKE FINANCIAL
4751 WILSHIRE BLVD
SUITE 100
Los Angeles CA 90010-3847

WESTLAKE FINANCIAL SVCS
C/O PERITUS PORTFOLIO
PO BOX 141419
Irving TX 75014-1419

Westlake Services, LLC
c/o Resurgent Capital Services
P.O. Box 3427
Greenville, SC 29602-3427

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

AUTO MONEY
1359 SOUTH IRBY STREET
Florence SC 29505

(d)AUTOMONEY INC.
ATTN: ABIGAL SCUDDER DUFFY
450 MEETING ST
Charleston SC 29403-5522

FARMERS FURNITURE
ATTN CORPORAT CREDIT DEPT
PO BOX 1140
Dublin GA 31040-1140

INTERNAL REVENUE SERVICE
INSOLVENCY GROUP
1835 ASSEMBLY ST., MDP 39
Columbia SC 29201

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
Saint Cloud MN 56302-7999

MERCHANTS ADJUSTMENT SERVICE
PO BOX 7511
56 N FLORIDA ST
Mobile AL 36670

(d)MERCHANTS ADJUSTMENT SERVICE INC
ATTN: SHERI
PO BOX 7511
Mobile AL 36670-0511

SC DEPARTMENT OF REVENUE AND TAXATION
PO BOX 12265
Columbia SC 29211-2265

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)East Coast Financial, Inc.          (du)East Coast Financial, LLC          (du)East Coast Financial, LLC

(d)Pamela Simmons-Beasley              End of Label Matrix
250 Berryhill Road                     Mailable recipients    47
Suite 402                              Bypassed recipients     4
Columbia, SC 29210-6466                Total                  51